UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLEDI MUCAJ, GEZIM MUCAJ and DIJANA MUCAJ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>LA FRANCE, LLC, SUBBA REDDY and CHITTEMMA REDDY,<br><br>Defendants. | Case No.: 22-cv-4723<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 |

Pursuant to Fed. R. Civ. P. 68(a), Plaintiffs hereby serve written notice that they accept the attached Offer of Judgment.

Dated: July 15, 2024
New York, New York

Respectfully submitted,

**BROWN, KWON & LAM, LLP**

By: *[signature]*

William Brown, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
wbrown@bkllawyers.com
*Attorneys for Plaintiffs*