UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLEDI MUCAJ, GEZIM MUCAJ and DIJANA MUCAJ, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

LA FRANCE, LLC, SUBBA REDDY and CHITTEMMA REDDY,

Defendants.

Case No.: 22-cv-4723

JUDGMENT ON AN ACCEPTED OFFER PURSUANT TO FED. R. CIV. P. 68

**WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants LA FRANCE, LLC, SUBBA REDDY and CHITTEMMA REDDY (collectively, "Defendants") having offered to allow Plaintiffs BLEDI MUCAJ, GEZIM MUCAJ AND DIJANA MUCAJ ("Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Thirty-Nine Thousand Five Hundred Dollars ($39,500.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiffs' federal and state law claims;

**WHEREAS**, on July 15, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' offer of judgment;

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiffs in the amount of $39,500.00 as against Defendants in full and final resolution of Plaintiffs' claims in this action. The Clerk is directed to close this case.

Dated: Brooklyn, New York
      July 22, 2024

BRENNA B. MAHONEY
CLERK OF COURT
by: *Jalitza Poveda*
      Deputy Clerk